IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD FUENTES,

     Plaintiff,                    No.  2:12-cv-0573 JFM (PC)

   vs.

T. YOUNG, et al.,

     Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On July 9, 2012, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and obtained the certification required on the application form.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

/////

/////

/////

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1.  Plaintiff's August 13, 2012 motion to proceed in forma pauperis is denied
3 without prejudice;

4       2.  Plaintiff shall submit, within thirty days from the date of this order, a certified
5 copy of his prison trust account statement for the six month period immediately preceding the
6 filing of the complaint and the certification required on the application form.  Plaintiff's failure
7 to comply with this order will result in a recommendation that this action be dismissed without
8 prejudice.

9       3.  The Clerk of the Court is directed to send plaintiff a new Application to
10 Proceed In Forma Pauperis By a Prisoner.

11 DATED: August 30, 2012.

UNITED STATES MAGISTRATE JUDGE

/p014;fuen0573.3e